UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RHONDA RICHMOND,  )
  )
    Plaintiff,  )
  )
v.  ) **JUDGMENT**
  )
  ) No. 7:11-CV-147-FL
  )
CAROLYN W. COLVIN,  )
Acting Commissioner of Social Security,  )
  )
    Defendant.  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which defendant timely filed objection.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 24, 2013, and for the reasons set forth more specifically within the memorandum and recommendation, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).

**This Judgment Filed and Entered on April 25, 2013, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

April 25, 2013                                                  JULIE A. RICHARDS, CLERK
                                                                     /s/ Christa N. Baker
                                                                     (By) Christa N. Baker, Deputy Clerk